PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 29 2007

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

# United States District Court

## for the

### DISTRICT OF HAWAII

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: VIRGIL EDWARD SLOT          Case Number: CR 00-00187HG-01

Name of Sentencing Judicial Officer:  The Honorable Helen Gillmor
                                      Chief U.S. District Judge

Date of Original Sentence: 4/9/2001

Original Offense:   <u>Count 2</u>: Conspiracy to Distribute and Possess With Intent to Distribute Heroin, in violation of 21 U.S.C. § 841(a)(1)

<u>Single-Count Information</u>: Possession of a Firearm While Being an Unlawful User of a Controlled Substance, in violation of 18 U.S.C. § 922(g)

Original Sentence:  The subject was sentenced to 120 months imprisonment as to both Counts, to be followed by 5 years supervised release as to Count 2 and 3 years supervised release as to the single-Count Information, to be served concurrently with each other. The following special conditions were ordered: 1) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) That the defendant is prohibited from possessing any illegal or dangerous weapons; and 3) That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Modified Sentence:  On 5/21/2002, the Court granted a Motion filed by the government to reduce the defendant's sentence pursuant to the Federal Rule of Criminal Procedure § 35(b). The Court reduced the sentence from a total of 120 months to 96 months, a reduction of 24 months. The defendant's sentence previously imposed by this Court remained the same in all other respects.

Prob 12B
(7/93)

2

<u>Type of Supervision:</u> Supervised Release   <u>Date Supervision Commenced:</u> 5/11/2007

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

*General
Condition*   *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision (Mandatory Condition).*

*Special
Condition
No. 4*   *That the defendant shall participate in mental health counseling at the discretion and direction of the Probation Office.*

## CAUSE

<u>Violation Number</u>   <u>Nature of Noncompliance</u>

1   That the subject admitted that, on or about 5/29/2007, he smoked methamphetamine, in violation of the General Condition.

The subject began his term of supervised release on 5/11/2007. The subject was initially residing with his adult daughter and her husband. However on 6/1/2007, the subject informed this officer that he and his daughter were not getting along. He explained that because he was incarcerated for so long, he had been unable to establish a bond with her. As a result, the subject reported that he was feeling depressed. The subject indicated that on or about 5/29/2007, he smoked methamphetamine in response to his depression. The subject acknowledged that smoking methamphetamine was a mistake and indicated that he would be willing to continue with drug treatment at Freedom Recovery Services and enter into mental health counseling.

In an effort to stabilize his living situation, on 6/4/2007, the subject secured a room in a clean and sober home in Honolulu. Furthermore, the subject is currently working on a full time basis for Hawaii National Landscape as a laborer and has recently secured a second job as a prep cook for Shore Bird Restaurant. Despite his relapse, the subject presents a positive attitude and a desire to return to compliance.

Prob 12B
(7/93)

3

    Given the subject's willingness to address his drug addiction and mental health issues, it is respectfully recommended that the Court take no action on the violations at this time and add a special condition for mental health treatment. Such a condition will enable the Probation Office to require the subject to participate in appropriate mental health treatment. Additionally, the subject has agreed to modify his conditions of supervised release to allow drug testing consistent with *United States v. Stephens*. The subject's extensive substance abuse history warrants the modification of the condition. The revised condition will enable our office to monitor the subject's future compliance once he completes substance abuse treatment.

    Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections.

                                                   Respectfully submitted by,

                                                   MARK T. NUGENT
                                                 U.S. Probation Officer

Approved by:

PETER D. YOSHIHARA
Supervising U.S. Probation Officer

Date: 6/15/2007

Prob 12B
(7/93)

4

## THE COURT ORDERS:

[ X ]   The Modification of Conditions as Noted Above
[   ]   Other

_____
HELEN GILLMOR
Chief U.S. District Judge

_____6·28·07_____
Date

PROB 49
(5/96)

# United States District Court

District of Hawaii

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ ]   To extend the term of supervision for   years, for a total term of   years.
[X]   To modify the conditions of supervision as follows:

GENERAL
CONDITION    That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.

SPECIAL
CONDITION
No. 4        That the defendant shall participate in mental health counseling at the discretion and direction of the Probation Office.

Witness: _____        Signed: _____
          MARK T. NUGENT                           VIRGIL SLOT
          U.S. Probation Officer                   Supervised Releasee

_____
Date 6/10/07