# UNITED STATES DISTRICT COURT
## District of Hawaii

1361989

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 00-00187HG-12 |

VIRGIL EDWARD SLOT

(Name and Address of Defendant)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 09 2007

SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST VIRGIL EDWARD SLOT and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court, charging him or her with (brief description of offense)

Violations of Supervised Release

RECEIVED 2007 AUG -6 AM 8:53 U.S. MARSHALS SERVICE HONOLULU, HI.

in violation of Title United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Signature of Issuing Officer/Deputy Clerk | AUGUST 6, 2007 at Honolulu, Hawaii<br>Date and Location |

Bail Fixed at   NO BAIL            By: Helen Gillmor, Chief United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Honolulu, HI. | | |
| Date Received 8/6/07 | NAME AND TITLE OF ARRESTING OFFICER<br>Arthur Oh/DUSM | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 8/9/07 | | |