# MINUTES

CASE NUMBER:      CR 00-00187HG-BMK

CASE NAME:        USA v. (12) Virgil Edward Slot

ATTYS FOR PLA:    Thomas C. Koenig

ATTYS FOR DEFT:   (12) Louis Michael Ching

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   C6F

DATE:    08/16/2007               TIME:       10:11 - 10:12

COURT ACTION:  EP: Initial Appearance to the Order to Show Cause as to (12) Virgil
Edward Slot - deft present in custody.
Defendant stipulates to probable cause.
Order to Show Cause Why Supervised Release Should Not be Revoked is set for
8/28/2007 @ 10 a.m., HG.

Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, Courtroom Manager