# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 00-00187HG-012 |
| CASE NAME: | UNITED STATES OF AMERICA v. (12) VIRGIL EDWARD SLOT |
| ATTYS FOR PLA: | Thomas C. Koenig, SAUSA |
| ATTYS FOR DEFT: | (12) Louis Michael Ching |
| U.S.P.O.: | Mark T. Nugent |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | August 28, 2007 | TIME: | 10:00 - 10:50 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT (12) VIRGIL EDWARD SLOT

The defendant is present in custody.
The defendant admits to Violation Nos. 1, 2, 3, 4, and 5.
The Court finds that this is a Grade C Violation, Criminal History Category V.

Allocution by the defendant.

The defendant shall be released immediately by the U.S. Marshals Service.
The defendant shall attend Salvation Army until clinically discharged.

The hearing on the Order the Show Cause Why Supervised Release Should Not be Revoked as to Defendant (12) Virgil Edward Slot is continued to November 29, 2007 at 3:00 p.m.

    Submitted by: Mary Rose Feria, Courtroom Manager