# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 00-00187HG-012 |
| CASE NAME: | UNITED STATES OF AMERICA v. (12) VIRGIL EDWARD SLOT |
| ATTYS FOR PLA: | Thomas C. Koenig, AUSA |
| ATTYS FOR DEFT: | (12) Louis Michael Ching, Esq. |
| U.S.P.O.: | Mark T. Nugent |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Gloria Bediamol |
| DATE: | November 23, 2007 | TIME: | 9:00 - 9:35 |

COURT ACTION:    ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT (12) VIRGIL EDWARD SLOT -

Defendant is present on bond.

USPO Mark T. Nugent informs the Court that on November 21, 2007, he received a call from the Salvation Army and was informed that the defendant was discharged. The defendant will be allowed in 90 to 120 days to reapply for re-admittance. USPO Mark T. Nugent took a urine analysis this morning and the result came out clean.

Currently, the defendant is staying at a clean and sober house in Waianae run by an individual by the name of Tony Gonzales.

Allocution by the defendant.

The hearing on the Order to Show Cause Why Supervised Release Should Not be Revoked as to Defendant (12) Virgil Edward Slot is **CONTINUED** to December 6, 2007 at 2:15 p.m.

    Submitted by: Mary Rose Feria, Courtroom Manager