# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 00-00187HG-012 |
| CASE NAME: | UNITED STATES OF AMERICA v. (12) VIRGIL EDWARD SLOT |
| ATTYS FOR PLA: | Thomas C. Koenig, SAUSA |
| ATTYS FOR DEFT: | (12) Louis Michael Ching, Esq. |
| U.S.P.O.: | Mark T. Nugent |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | December 5, 2007 | TIME: | 2:15 - 2:40 |

COURT ACTION:   ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT (12) VIRGIL EDWARD SLOT -

Defendant is present on bond.

On August 28 ,2007, the defendant admitted to Violation Nos. 1, 2, 3, 4, and 5. On August 28, 2007, the Court found that it is a Grade C Violation, Criminal History Category V.

USPO Mark T. Nugent informs the Court Mr. Slot completed an assessment at the Salvation Army ATS program.  He has been admitted since November 28, 2007.  The defendant is currently residing at ATS - Salvation Army Residential Treatment in Nuuanu.  Mr. Nugent spoke to his counsel, Mr. Tenorio who stated that Mr. Slot has been in compliance with all the requirements.  Mr. Slot is expected to stay at the Salvation Army ATS program for a period of approximately 70 days.

Allocution by the defendant.

As an additional condition of defendant's supervised release:  That the defendant serve up to 6 months community confinement, in a residential reentry center such as Mahoney Hale, or other such appropriate placement at the discretion and direction of the probation office.

The hearing on the Order to Show Cause Why Supervised Release Should Not be

Revoked as to Defendant (12) Virgil Edward Slot is **CONTINUED** to February 6, 2008 at 11:00 a.m.

Submitted by: Mary Rose Feria, Courtroom Manager