# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 00-00187HG-012 |
| CASE NAME: | UNITED STATES OF AMERICA v. (12) VIRGIL EDWARD SLOT |
| ATTYS FOR PLA: | Thomas C. Koenig, SAUSA |
| ATTYS FOR DEFT: | (12) Louis Michael Ching, Esq. |
| U.S.P.O.: | Mark T. Nugent |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Gloria Bediamol |
| DATE: | February 6, 2008 | TIME: | 11:20 - 11:30 |

COURT ACTION:    ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT (12) VIRGIL EDWARD SLOT -

Defendant is present on bond.

On August 28 ,2007, the defendant admitted to Violation Nos. 1, 2, 3, 4, and 5.
On August 28, 2007, the Court found that it is a Grade C Violation, Criminal History Category V.

The defendant is currently residing at ATS - Salvation Army Residential Treatment in Nuuanu.

Allocution by the defendant.

ADJUDGED: TIME SERVED as to BOTH Count 2 and the single-Count Information, to be served concurrently.

   SUPERVISED RELEASE: 59 MONTHS as to Count 2, and 35 MOTHS as to the single-Count Information, to be served concurrently, upon the following conditions:

1.   That the defendant shall abide by the standard conditions of supervision.

2.   That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition).

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer (mandatory condition).

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. That the defendant is prohibited from the possession and use of alcohol while participating in substance abuse treatment.

8. That the defendant serve up to 6 months community confinement in a residential reentry center in Mahoney Hale, or a clean and sober home, at the discretion and direction of the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

9. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

10. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Advised of rights to appeal the sentence, etc.

Submitted by: Mary Rose Feria, Courtroom Manager