ORIGINAL

SEALED BY ORDER OF THE COURT

136/989

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA           WARRANT FOR ARREST

V.                                 Case Number: CR 00-00187HG-12

VIRGIL EDWARD SLOT

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST VIRGIL EDWARD SLOT and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court , charging him or her with (brief description of offense)

Violations of Supervised Release

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 16 2008
at 1 o'clock and 40 min. P.M.
SUE BEITIA, CLERK

U.S. MARSHAL SERVICE
HONOLULU, HI
2008 JUN 30 AM 8: 51
RECEIVED

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer/Deputy Clerk | June 27, 2008 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at  NO BAIL           By: Helen Gillmor, Chief United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Honolulu, Hawaii | | |
| Date Received 6/30/08  Date of Arrest 7/15/08 | NAME AND TITLE OF ARRESTING OFFICER  Arthur Oh/Sura | SIGNATURE OF ARRESTING OFFICER |