# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 00-00187HG-BMK |
| CASE NAME: | USA v. (12) Virgil Edward Slot |
| ATTYS FOR PLA: | Florence Nakakuni |
| ATTYS FOR DEFT: | (12) Louis Michael Ching |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 07/17/2008 | TIME: | 11:16 - 11:17 |

COURT ACTION:  EP: Probable Cause Hearing as to (12) Virgil Edward Slot - deft present in custody.  Defendant stipulates to probable cause.  Court finds probable cause that the defendant violated supervised release.

Order to Show Cause Why Supervised Release Should Not be Revoked is set for 7/31/2008 @ 1:30 p.m., HG.

Defendant remanded to the custody of the U.S. Marshal.

Submitted by Richlyn W. Young, courtroom manager