# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 00-00187HG-BMK |
| CASE NAME: | USA v. (12)Virgil Edward Slot |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | Louis Michael Ching |
| USPO: | Mark Nugent |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Cynthia Fazio |
| DATE: | 07/31/2008 | TIME: | 1:30pm-1:50pm |

COURT ACTION: EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant present, in custody.

Defendant admits to all violations.

Allocution by defendant.

Order to Show Cause Why Supervised Released Should Not Be Revoked-REVOKED.

SENTENCE:

Imprisonment: 13 MONTHS, as to Count 2 of the Indictment, and Count 1 of the Information, with all such terms to run concurrently

Supervised Release: 46 MONTHS, as to Count 2 of the Indictment, and 22 MONTHS, as to Count 1 of the Information, with all such terms to run concurrently

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

- That the defendant serve 6 months community confinement, in a residential reentry center such as Mahoney Hale, following release from imprisonment at the direction and discretion of the Probation Office. While serving the term of community confinement, the defendant shall obtain employment and/or enroll in an educational program as approved and directed by the Probation Office

- That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

- That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager