# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 00-00187HG-BMK |
| CASE NAME: | United States of America Vs. (12) Virgil Edward Slot |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | (12) Louis M. Ching |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Gloria Bediamol |
| DATE: | 8/29/2008 | TIME: | 10:02am-10:05am |

COURT ACTION: EP: As to Defendant (12) Virgil Edward Slot

    RESENTENCING AS TO THE SUPERVISED RELEASE VIOLATION-DEFENDANT WILL BE ADVISED OF HIS RIGHT TO APPEAL:

Defendant present in Custody.

The previous Hearing of Final Hearing Re Revocation of Supervised Release was held on July 31, 2008.  At that hearing the Defendant was not advised of his right to appeal.  The Court advises the Defendant of his right to Appeal.

Special Conditions of Supervision No. 2 shall be amended to:

    That the defendant serve up to 6 Months community confinement in a residential reentry center such as Mahoney Hale, following release from imprisonment at at the direction and discretion of the Probation Office.  While serving the term of community confinement, the defendant shall obtain employment and/or enroll in an educational program as approved and directed by the Probation Office.

The rest of the Sentence imposed on July 31, 2008 remains unchanged.


Submitted by Leslie L. Sai, Courtroom Manager